IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ANGELA LAWRENCE and** | § | |
| **PAUL MARTINEZ BEY,** | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. **3:12-CV-2371-L (BH)** |
| | § | |
| **PEF CAPITAL PROPERTIES, LLC,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

This case was referred to Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on August 27, 2012, recommending that the claims of Angela Lawrence ("Lawrence") be dismissed without prejudice unless, within the time for filing objections, she files a complaint under her own signature as required by order dated July 17, 2012.  Lawrence did not file objections to the Report and failed to file a complaint under her own signature.  Accordingly, after reviewing the pleadings, file, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses without prejudice** all claims asserted by Lawrence in this action for her failure to comply with a court order and failure to prosecute this action.

**It is so ordered** this 18th day of August, 2012.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**Order – Solo Page**